IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

This document relates to:

|  |  |  |
|---|---|---|
|  |  | CIVIL ACTION |
| 02-2635 | SHIRK | NO. MDL 875 |
| 02-2735 | WATSON |  |
| 02-2736 | HOOD |  |
| 02-2737 | HART |  |
| 02-2738 | JOHNSON |  |
| 02-2681 | SHIRK |  |
| 02-2845 | KINIUK |  |
| 02-3166 | HRYCYK |  |
| 02-3168 | GREEN |  |
| 02-3169 | SAKEWICZ |  |
| 02-3170 | HENDRICKS |  |
| 02-3171 | PALMER |  |
| 02-3172 | BERRY |  |
| 02-3175 | SOLOMON |  |
| 02-3176 | ROMANOWSKI |  |
| 02-3177 | O'DONNELL |  |
| 02-3448 | HARTMANN |  |
| 02-3449 | ROCKS |  |
| 02-3450 | REED |  |
| 02-3451 | GAMBLER |  |
| 02-3452 | MACAULEY |  |
| 02-3630 | ALIBERT |  |
| 02-3631 | VISCO |  |
| 02-3632 | DANCSECS |  |
| 02-3847 | HAMMOND |  |
| 02-3848 | POTTER |  |
| 02-4095 | SMITH |  |
| 02-4096 | SEARFOSS |  |
| 02-4097 | GEARINGER |  |
| 02-4101 | FRYE |  |
| 02-4339 | MEYER |  |

<u>O R D E R</u>

  The Court having been advised that the issues raised in each of these actions are also presently pending before the Honorable District Court Judge Alfred Wolin.  Judge Wolin has been specially designated to sit in the District of Delaware and preside over these matters.  Further, the Judge has set a schedule and will proceed appropriately.  In the interest of judicial economy and for a prompt resolution of all outstanding issues this Court will hold its action in abeyance and await the ruling by the Bankruptcy Court.

  **IT IS THEREFORE THE ORDER OF THIS COURT** that all pending motions for abstention and remand are denied without prejudice at this time with leave to renew at a later date.  The cases are administratively dismissed, subject to reinstatement following the determination of the bankruptcy issues by Judge Wolin and any subsequent appeals thereto.

  Done this 5th day of August, 2002.


              BY THE COURT


              _____
              Charles R. Weiner, SJ